THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PROPERTY OF THE PEOPLE, et al.**<br><br>**Plaintiffs,**<br>v.<br><br>**DEPARTMENT OF JUSTICE, et al.,**<br><br>**Defendants.** | Case No: 18-1063 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated April 28, 2022, the parties, by and through undersigned counsel, report to the Court as follows.

1.  The Complaint in this action was filed under the Freedom of Information Act ("FOIA"). Defendants answered the Complaint on July 19, 2018.

2.  This lawsuit involves FOIA requests directed to the United States Department of Justice ("DOJ"), United States Department of Homeland Security ("DHS"), United States Army ("Army"), and the Office of the Director of National Intelligence ("ODNI"). As stated in prior status reports, processing is still ongoing by the FBI and the DHS Office of Intelligence and Analysis ("DHS Office of I&A").[1]

3.  The status of the FBI's processing through its April 2022 release to Plaintiff is set forth in detail in prior status reports (ECF Nos. 41-46).

4.  As stated in the October status report, the FBI has completed processing non-Exemption 7A paper records and photographs and the remaining non-Exemption 7A material

---

[1] Information regarding the processing by the other agencies (or components thereof) referenced above is set forth in the status report dated February 20, 2020 (ECF No. 27).

consists of certain video records. In the October status report, the FBI stated that, beginning in November, the FBI would process these video records at a rate of one (1) hour/month. The FBI also stated that it plans to process all non-Exemption 7A material before beginning the processing of Exemption 7A material. As to the Exemption 7A video records, the FBI stated in the October status report that it will process Exemption 7A video records at a rate of one (1) hour/month, before processing audio/photograph/paper Exemption 7A records. As reported in the October status report, Plaintiff has concurred with this processing plan.

5. Since the last status report, the FBI has processed approximately one (1) hour of video records for its May release and one (1) hour of video records for its June release. The FBI anticipates processing approximately one (1) hour of video records for its July release.

6. As previously reported, DHS I&A made a final production on August 31, 2020. On October 22, 2020, Plaintiffs identified certain outstanding issues for DHS I&A's consideration in an attempt to narrow issues in dispute. Plaintiffs sought clarification about when DHS I&A made productions and the total number of pages associated with each production, and DHS I&A provided a response to that inquiry as stated in prior status reports. Prior status reports also reported on the status of 138 pages that were referred, of which 14 were referred to DHS' Office of Privacy (DHS HQ PRIV), and were returned to DHS I&A for processing. As stated in a prior status report, the non-exempt portion of those pages were released to Plaintiff by DHS I&A on March 5, 2021. The remaining 64 pages were referred to the FBI. The FBI completed processing this referral for its June 2021 release.

7. Plaintiff stated in the last status report that, to the extent any outstanding issues remain with respect to the DHS I&A request, Plaintiff would endeavor to identify them for DHS

I&A's consideration before the next status report. Plaintiff has determined that there are no outstanding issues with respect to the DHS I&A request.

8. Accordingly, the parties propose that they provide the Court with a further status report on or before September 15, 2022, and that the Court defer setting a briefing schedule at this time.

    Respectfully submitted,

    MATTHEW M. GRAVES, D.C. BAR #481052
    United States Attorney,

    BRIAN P. HUDAK
    Chief, Civil Division

    By: /s/
    JEREMY S. SIMON, D.C. Bar #447956
    Assistant United States Attorney
    601 D. Street, N.W.
    Washington, D.C. 20530
    (202) 252-2528
    Jeremy.simon@usdoj.gov

    And


    /s/
    Jeffrey L. Light
    D.C. Bar #485360
    1629 K St., NW
    Suite 300
    Washington, DC 20006
    (202)277-6213
    Jeffrey@LawOfficeOfJeffreyLight.com

    Counsel for Plaintiffs